92 F.3d 1174
 U.S.
v.
Ronald Schramm, Anthony Decello, Oleg Vinokurov, a/k/a Alex,
Michael Zubinsky, a/k/a Steve, Ashok Tyagi, Aminderjeet S.
Aulakh, a/k/a, Andy, Amarbir Singh, a/k/a Sonny, Michael
Dubinski, a/k/a Steve, Ronald Schramm
 NO. 94-3618
 United States Court of Appeals,
Third Circuit.
 July 22, 1996
 
 Appeal From: E.D.Pa., No. 93-00188-01,
 Lee, J.
 
 
 1
 AFFIRMED.